[Crim. No. 2923.   Second Appellate District, Division Two.—February 3, 1937.]

THE PEOPLE, Respondent, v. CHARLES HIGGINS et al., Appellants.

Gladys Towles Root, David B. Larimer, Frederic H. Vercoe, Public Defender, and William B. Neeley, Deputy Public Defender, for Appellants.

U. S. Webb, Attorney-General, and R. S. McLaughlin, Deputy Attorney-General, for Respondent.

THE COURT.— There remain for decision in this case the appeals of the defendants from the order of the trial court denying the defendants' motions for a new trial. For the reasons stated in our opinion of January 20, 1937, *People* v. *Higgins,* 18 Cal. App. (2d) 595 [64 Pac. (2d) 454], this order is also reversed.

Order reversed.